FRED LANGFELDER et al., Appellants, *v.* UNIVERSAL LABORATORIES, INC., Respondent.

Submitted October 2, 1944; decided October 12, 1944.

Motion by appellants for reargument denied, with ten dollars costs and necessary printing disbursements. (See 293 N. Y. 200.)

WILLIAM C. MASON, Respondent, *v.* ELECTROL INCORPORATED, Appellant.

Submitted October 2, 1944; decided October 12, 1944.

Motion by respondent for reargument denied, with ten dollars costs and necessary printing disbursements. (See 292 N. Y. 482.)